Eliza Taber and Charles Carrington, appellees, v. Samuel R. Wittelle, appellant. Gen. No. 28,099.

Action for damage to automobile by collision with another automobile. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. C. N. Hollerich, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923.

John A. Bloomingston, for appellant. Albert George, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

---

Hyman Bloomberg, appellee, v. Erie Furniture Company, appellant. Gen. No. 28,108.

Action of forcible detainer. Judgment for possession. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923.

Jacob Levy, for appellant. Brown, Fox & Blumberg, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Miller Fruit Company, appellee, v. David Kellerman, appellant. Gen. No. 28,118.

Judgment affirmed, following Miller Fruit Co. v. Kellerman, 229 Ill. App. 499. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Blum, Wolfsohn & Blum, for appellant; Isadore Wolfsohn and Harry J. Fireman, of counsel. Peaks, Bunch & Latimer, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Antonina Sitko, appellee, v. Jozef Sasiadek and Karolina Sasiadek, appellants. Gen. No. 28,127.

Action for return of sums advanced for safe keeping and on account stated. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Peter H. Schwaba, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923.

William Reeda, Oke L. Pearson and John J. Simpson, for appellants. Arthur W. Dixon and Walter J. La Buy, for appellee.

Mr. Justice Matchett delivered the opinion of the court.